Lincoln E. Martin, Appellant-Respondent, v. Mary L. V. Martin, Respondent-Appellant; and Chemical Bank New York Trust Company, as Executor of Lincoln A. Martin, Deceased, Respondent.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.